## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MELVIN ELLIS HOLLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-405-JHP |
| | ) | |
| WARREN GOTCHER, d/b/a Gotcher Law | ) | |
| Firm, DENNIS DELA, individually, ROY | ) | |
| ALFORD, individually, and BOARD OF | ) | |
| LATIMER COUNTY COMMISSIONERS | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Minute Order dismissing this case the 2nd day of August, 2011, the Court enters judgment for the Defendants, and against the Plaintiff.

**IT IS SO ORDERED** this 2nd day of August, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma